No. 9449. MISSOULA COUNTY ex rel. ROBERT W. O'DON-OVAN, County Attorney for Missoula, PLAINTIFF AND APPELLANT, *v.* LaVERNE W. TAYLOR, OSCAR HELDING, R. E. COY, THOMAS DUNCAN and REUBEN OSTERGREN, DEFENDANTS AND RESPONDENTS, and ROBERT D. MacLEAN, INTERVENOR.

283 Pac. (2d) 604.

Decided May 17, 1955.

*Arnold H. Olsen,* Atty. Gen., *C. W. Leaphart, Jr.,* Asst. Atty. Gen., *Robert O'Donovan,* Co. Atty., *Donald McMullen,* Dep. Co. Atty., *Donald McMullen,* Dep. Co. Atty., *Jay M. Kurtz,* Co. Atty., Missoula, for appellant.

*Fred C. Root,* Missoula, for LaVerne Taylor.

*Russel E. Smith, Smith Boone & Rimel* and *Dalton Pierson,* Missoula, for intervenor.

Per Curiam.

On application of the appellant, intervenor and respondents by and through their respective counsel, and pursuant to stipulation filed herein, it is ordered that this appeal be and it is dismissed with prejudice.

MR. CHIEF JUSTICE ADAIR, and ASSOCIATE JUSTICES ANGSTMAN, DAVIS, concur.

No. 9557. Ex parte CHARLES L. CHRISTOPHERSON, PETITIONER.

284 Pac. (2d) 680.

Decided May 26, 1955.

*Allen L. McAlear,* Bridger, for petitioner.

DAVIS, Justice.

The proceedings are dismissed.